# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-36
Lower Tribunal Nos. 18-1925 CC & 19-93 AP
_____

**Total Care Restoration, LLC, a/a/o Julio Muniz,**
Appellant,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Tanya Brinkley, Judge.

Moises & Gross, PLLC and Daniel Gross; Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A. and Gray R. Proctor (Hollywood), for appellant.

Brett R. Frankel and Jonathan M. Sabghir (Deerfield Beach); Cole Scott & Kissane, P.A. and Mark D. Tinker (Tampa), for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.